# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re: ISAIAS TERRERO  
       ACELIA TERRERO  
              Debtor(s)

Case No.: 07-10230

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Boyajian, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/13/2007.
2) The plan was confirmed on 08/29/2007.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 05/09/2012.
6) Number of months from filing or conversion to last payment: 63.
7) Number of months case was pending: 65.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 420,957.35.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $167,059.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$167,059.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $1,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $14,139.70 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$15,139.70** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA FINANCIAL SERVICES | Unsecured | 13,509.00 | NA | NA | .00 | .00 |
| ADVANTA BANK CORP | Unsecured | 26,341.00 | 26,341.05 | 26,341.05 | 4,074.62 | .00 |
| AMERICAN EXPRESS | Unsecured | NA | 3,128.87 | 3,128.87 | 500.62 | .00 |
| AMERICA'S SERVICING CO | Secured | 359,000.00 | 21,685.27 | 8,461.27 | 8,461.27 | .00 |
| BANK OF AMERICA | Unsecured | NA | 9,743.79 | 9,743.79 | 4,529.51 | .00 |
| BANK OF AMERICA, N.A. | Unsecured | 9,743.79 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 4,106.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | Secured | NA | 68,126.98 | .00 | .00 | .00 |
| CHASE BANK | Unsecured | 11,539.00 | 11,539.03 | 11,539.03 | 1,728.56 | .00 |
| CITIBANK | Unsecured | 3,267.00 | NA | NA | .00 | .00 |
| CITICARD | Unsecured | 4,643.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING LLC | Unsecured | NA | 8,129.42 | 8,129.42 | 1,300.71 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: ISAIAS TERRERO  
      ACELIA TERRERO  
Debtor(s)

Case No.: 07-10230

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP. | Unsecured | 29,573.00 | 34,492.07 | 34,492.07 | 5,518.73 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 5,103.00 | 3,696.83 | 3,696.83 | 591.49 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 9,200.00 | 9,200.00 | 9,200.00 | 1,472.00 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 10,815.00 | 12,743.84 | 12,743.84 | 2,039.01 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | NA | 2,094.50 | 2,094.50 | 335.12 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 2,309.18 | 2,309.18 | 369.47 | .00 |
| NISSAN-INFINITI LT | Unsecured | 16,000.00 | 16,324.84 | 16,324.84 | 2,611.97 | .00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 5,970.00 | 6,180.48 | 6,180.48 | 988.88 | .00 |
| PROVIDENCE ECONOMIC DEVELOP | Secured | NA | 30,000.00 | 30,000.00 | 30,000.00 | .00 |
| PROVIDENCE ECONOMIC DEVELOP | Unsecured | NA | 299,484.90 | 299,484.90 | 47,044.80 | .00 |
| SEARS | Unsecured | 13,160.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | 540,000.00 | 40,309.64 | 40,309.64 | 40,309.64 | .00 |
| WELLS FARGO FINANCIAL | Unsecured | 268.00 | 268.15 | 268.15 | 42.90 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | 48,770.91 | 48,770.91 | .00 |
|   Debt Secured by Vehicle: | .00 | .00 | .00 |
|   All Other Secured: | 30,000.00 | 30,000.00 | .00 |
| **TOTAL SECURED:** | 78,770.91 | 78,770.91 | .00 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 445,676.95 | 73,148.39 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $15,139.70 | |
| Disbursements to Creditors: | $151,919.30 | |
| **TOTAL DISBURSEMENTS:** | | $167,059.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/13/2012            By: /s/John Boyajian  
                                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF RHODE ISLAND

In re:

        ISAIAS TERRERO                                BK-07-10230
        ACELIA TERRERO
                Debtors                               CHAPTER 13

        ADDENDUM TO CHAPTER 13 STANDING TRUSTEE'S
                FINAL REPORT AND ACCOUNT

    To the Trustee's knowledge, there are no domestic support

obligations due to be paid by the debtors.


                                /s/John Boyajian
                                John Boyajian, Trustee
                                Boyajian, Harrington & Richardson
                                182 Waterman Street
                                Providence, RI 02906
                                (401) 273-9600